Patrick R. Leverty, Esq.
Nevada State Bar No. 8840
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, Nevada 89502
Ph: (775) 322-6636
Fax: (775) 322-3953
*Attorneys for Defendants O'Mara Law Firm, P.C.
and David O'Mara*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NOETIC SPECIALTY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>O'MARA LAW FIRM, P.C., a Nevada Professional Corporation; DAVID O'MARA, a individual; EDWARD C. WOOLEY and JUDITH WOOLEY, individually and as trustee of the EDWARD C. WOOLEY and JUDITH WOOLEY INTERVIVOS REVOCABLE TRUST 2000; LARRY J. WILLARD, individually and as trustee of the LARRY JAMES WILLARD TRUST FUND; OVERLAND DEVELOPMENT CORPORATION, a California Corporation,<br><br>　　　　Defendants. | Case No.: 3:20-cv-00110-LRH-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

　　　　Plaintiff NOETIC SPECIALITY INSURANCE COMPANY, by and through its counsel of record Sheri Thome, Esq., and Defendants O'MARA LAW FIRM, P.C. and DAVID O'MARA (collectively "O'MARA"), by and through their counsel of record, Patrick R. Leverty, Esq., and Defendants EDWARD C. WOOLEY and JUDITH WOOLEY, individually and as trustee of the EDWARD C. WOOLEY and JUDITH WOOLEY INTERVIVOS REVOCABLE TRUST 2000 (collectively "WOOLEY"), by and through their counsel of record, Carl Hebert, Esq., stipulate that O'MARA and WOOLEY shall have up to and including **May 18, 2020,** to respond to the Plaintiff's Complaint.

1

Counsel for the O'MARA Defendants signed acceptances of service of process on March 3, 2020 (Doc 16 and 17). Accordingly, the O'MARA Defendants response to the Complaint was originally due on Friday, April 17, 2020.

Counsel for the WOOLEY Defendants signed acceptances of service of process on March 18, 2020 (Doc 18-21). Accordingly, the WOOLEY Defendants response to the Complaint was originally due on Monday, April 27, 2020.

Both the O'MARA Defendants and the WOOLEY Defendants requested an extension of time to file responses to the Complaint given the Covid-19 shutdown and the parties attempts to set up a settlement conference in the underlying case. Plaintiff graciously agreed Defendants O'MARA and WOOLEY can have up to and including **May 18, 2020,** to respond to the Plaintiff's Complaint.

This is the first requested extension.

DATED this 16th day of April, 2020.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

/S/ *Sheri Thome*
Sheri Thome, Esq.
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Plaintiff Noetic Specialty Insurance Company*

DATED this 16th day of April, 2020.

LEVERTY & ASSOCIATES LAW CHTD.

/S/ *Patrick Leverty*
Patrick R. Leverty
832 Willow Street
Reno, NV 89502
*Attorneys for Defendants O'Mara Law Firm, P.C. and David O'Mara*

DATED this 17th day of April, 2020.

CARL M. HEBERT

/S/ *Carl Hebert*
Carl M. Hebert, Esq.
202 California Avenue
Reno, NV 89509
*Attorneys for Defendants Edward C. Wooley and Judith Wooley, Individually and as Trustee of the Edward C. Wooley and Judith Wooley Intervivos Revocable Trust 2000*

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 17, 2020 .