Sheri Thome, Esq.
Nevada Bar No. 08657
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South
Suite 200
Las Vegas, NV 89119
Tel: (702) 727-1400   Fax: (702) 727-1401
sheri.thome@wilsonelser.com
*Attorneys for Plaintiff Noetic Specialty Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NOETIC SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>O'MARA LAW FIRM, P.C., a Nevada Professional Corporation; DAVID O'MARA, an individual; EDWARD C. WOOLEY and JUDITH WOOLEY, individually and as trustees of the EDWARD C. WOOLEY and JUDITH WOOLEY INTERVIVOS REVOCABLE TRUST 2000; LARRY J. WILLARD, individually and as trustee of the LARRY JAMES WILLARD TRUST FUND; OVERLAND DEVELOPMENT CORPORATION, a California Corporation,<br><br>Defendants. | CASE NO:   3:20-cv-00110-LRH-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME FOR WILLARD DEFENDANTS TO ANSWER COMPLAINT PENDING SETTLEMENT DISCUSSIONS**<br><br>**(FIRST REQUEST)** |

**WHEREAS,** Plaintiff Noetic Specialty Insurance Company ("Plaintiff") filed its Complaint against the Defendants on February 18, 2020.

**WHEREAS**, on March 9, 2020, Defendants (a) Larry J. Willard, individually, and Larry J. Willard, as Trustee of the Larry James Willard Trust Fund, and (b) Overland Development Corporation, a California Corporation (collectively, "Willard Defendants"), accepted service of Plaintiff's Complaint.

**WHEREAS,** the Willard Defendants' accepted service of the Complaint and the original deadline to answer, or otherwise respond to, Plaintiff's Complaint was April 23, 2020. (See March 9, 2020 Acceptance of Service.)

1599530v.1

Page 1 of 2

**WHEREAS,** despite difficult logistical complications due to the Covid-19 pandemic, the parties have diligently pursued settlement discussions and made substantial progress on a global settlement in just the past two weeks.

**WHEREAS**, the Plaintiff has agreed to extend the deadline to respond, or otherwise plead to its Complaint, up to and including Friday, May 22, 2020, and good cause exists for such a limited extension of time.

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, that the Willard Defendants shall have to and including Friday, May 22, 2020, to answer or otherwise respond to Plaintiff's Complaint.

**IT IS SO STIPULATED:**

DATED this 8th day of May, 2020.                    DATED this 8th day of May, 2020.

WILSON, ELSER, MOSKOWITZ,                           ROBERTSON, JOHNSON
EDELMAN & DICKER LLP                                MILLER & WILLIAMSON

 /s/ Sheri Thome                                     /s/ Jonathan Joel Tew
Sheri Thome, Esq.                                   Richard D. Williamson, Esq.,
Nevada Bar No. 08657                                Nevada Bar No. 9932
6689 Las Vegas Blvd. South                          Jonathan Joel Tew, Esq.
Suite 200                                           Nevada Bar No. 11874
Las Vegas, NV 89119                                 50 West Liberty Street, Suite 600
*Attorneys for Plaintiff Noetic Specialty*          Reno, Nevada 89501
*Insurance Company*                                 *Attorneys for Larry J. Willard, individually and*
                                                    *as Trustee of the Larry James Willard Trust*
                                                    *Fund and Overland Development Corporation*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 12, 2020