1  Patrick R. Leverty, Esq.
   Nevada State Bar No. 8840
2  LEVERTY & ASSOCIATES LAW CHTD.
   832 Willow Street
3  Reno, Nevada 89502
   Ph: (775) 322-6636
4  Fax: (775) 322-3953
   *Attorneys for Defendants O'Mara Law Firm, P.C.*
5  *and David O'Mara*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NOETIC SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 3:20-cv-00110-LRH-EJY ) ) |
| O'MARA LAW FIRM, P.C., a Nevada Professional Corporation; DAVID O'MARA, a individual; EDWARD C. WOOLEY and JUDITH WOOLEY, individually and as trustee of the EDWARD C. WOOLEY and JUDITH WOOLEY INTERVIVOS REVOCABLE TRUST 2000; LARRY J. WILLARD, individually and as trustee of the LARRY JAMES WILLARD TRUST FUND; OVERLAND DEVELOPMENT CORPORATION, a California Corporation, | ) ) **STIPULATION FOR EXTENSION OF** ) **TIME TO RESPOND TO THE** ) **COMPLAINT** ) ) **(SECOND REQUEST)** ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Plaintiff NOETIC SPECIALITY INSURANCE COMPANY, by and through its counsel of record Sheri Thome, Esq., and Defendants O'MARA LAW FIRM, P.C. and DAVID O'MARA (collectively "O'MARA"), by and through their counsel of record, Patrick R. Leverty, Esq., stipulate that O'MARA shall have up to and including **June 1, 2020,** to respond to the Plaintiff's Complaint.

Counsel for the O'MARA Defendants signed acceptances of service of process on March 3, 2020 (Doc 16 and 17). Accordingly, the O'MARA Defendants response to the Complaint was originally due on Friday, April 17, 2020.

Plaintiff previously agreed Defendant O'MARA could have up to and including May 18, 2020, to respond to the Plaintiff's Complaint.

1

Given the vagaries of working remotely, the O'MARA Defendants requested, and Plaintiff graciously granted, an additional two weeks to respond to the complaint.

This is the second (2nd) requested extension.

DATED this 12th day of May, 2020.                    DATED this 12th day of May, 2020.

WILSON, ELSER, MOSKOWITZ,                            LEVERTY & ASSOCIATES LAW CHTD.
EDELMAN & DICKER LLP

/S/ *Sheri Thome*                                    /S/ *Patrick Leverty*
Sheri Thome, Esq.                                    Patrick R. Leverty
300 South Fourth Street, 11th Floor                  832 Willow Street
Las Vegas, NV 89101                                  Reno, NV 89502
*Attorneys for Plaintiff Noetic Specialty*           *Attorneys for Defendants O'Mara Law Firm,*
*Insurance Company*                                  *P.C. and David O'Mara*

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 13, 2020