Patrick R. Leverty, Esq.
Nevada State Bar No. 8840
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, Nevada 89502
Ph: (775) 322-6636
Fax: (775) 322-3953
*Attorneys for Defendants O'Mara Law Firm, P.C.
and David O'Mara*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NOETIC SPECIALTY INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>O'MARA LAW FIRM, P.C., a Nevada Professional Corporation; DAVID O'MARA, a individual; EDWARD C. WOOLEY and JUDITH WOOLEY, individually and as trustee of the EDWARD C. WOOLEY and JUDITH WOOLEY INTERVIVOS REVOCABLE TRUST 2000; LARRY J. WILLARD, individually and as trustee of the LARRY JAMES WILLARD TRUST FUND; OVERLAND DEVELOPMENT CORPORATION, a California Corporation,<br><br>          Defendants. | Case No.: 3:20-cv-00110-LRH-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br><br>**(THIRD REQUEST)** |

Plaintiff NOETIC SPECIALITY INSURANCE COMPANY, by and through its counsel of record Sheri Thome, Esq., and Defendants O'MARA LAW FIRM, P.C. and DAVID O'MARA (collectively "O'MARA"), by and through their counsel of record, Patrick R. Leverty, Esq., stipulate that O'MARA shall have up to and including **June 22, 2020,** to respond to the Plaintiff's Complaint.

Counsel for the O'MARA Defendants signed acceptances of service of process on March 3, 2020 (Doc 16 and 17). Accordingly, the O'MARA Defendants response to the Complaint was originally due on Friday, April 17, 2020.

1

Plaintiff previously agreed Defendant O'MARA could have up to and including May 18, 2020, to respond to the Plaintiff's Complaint. Thereafter, Plaintiff agreed Defendant O'Mara could have up to and including June 1, 2020, to respond to the Complaint.

The parties are pleased to report that the above-entitled case, as well as the underlying case, settled. Given the settlement no responsive pleading to the Complaint will be necessary. The parties anticipate final documents for dismissal filed within 14-21 days and therefore request an extension of time to file final documents for dismissal until June 22, 2020.

This is the third (3rd) requested extension.

DATED this 1st day of June, 2020.                    DATED this 1st day of June, 2020.

WILSON, ELSER, MOSKOWITZ,                    LEVERTY & ASSOCIATES LAW CHTD.
EDELMAN & DICKER LLP

/S/ *Sheri Thome*                                              /S/ *Patrick Leverty*
Sheri Thome, Esq.                                              Patrick R. Leverty
300 South Fourth Street, 11th Floor                       832 Willow Street
Las Vegas, NV 89101                                            Reno, NV 89502
*Attorneys for Plaintiff Noetic Specialty*                     *Attorneys for Defendants O'Mara Law Firm,*
*Insurance Company*                                            *P.C. and David O'Mara*

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 1, 2020