Patrick R. Leverty, Esq.
Nevada State Bar No. 8840
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, Nevada 89502
Ph: (775) 322-6636
Fax: (775) 322-3953
*Attorneys for Defendants O'Mara Law Firm, P.C.
and David O'Mara*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NOETIC SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>O'MARA LAW FIRM, P.C., a Nevada Professional Corporation; DAVID O'MARA, a individual; EDWARD C. WOOLEY and JUDITH WOOLEY, individually and as trustee of the EDWARD C. WOOLEY and JUDITH WOOLEY INTERVIVOS REVOCABLE TRUST 2000; LARRY J. WILLARD, individually and as trustee of the LARRY JAMES WILLARD TRUST FUND; OVERLAND DEVELOPMENT CORPORATION, a California Corporation,<br><br>Defendants. | Case No.: 3:20-cv-00110-LRH-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br><br>**(FOURTH REQUEST)** |

Plaintiff NOETIC SPECIALITY INSURANCE COMPANY, by and through its counsel of record Sheri Thome, Esq., and Defendants O'MARA LAW FIRM, P.C. and DAVID O'MARA (collectively "O'MARA"), by and through their counsel of record, Patrick R. Leverty, Esq., stipulate that O'MARA shall have up to and including **Thursday, August 6, 2020**, to file a stipulation to dismiss this action with prejudice.

Counsel for the O'MARA Defendants signed acceptances of service of process on March 3, 2020 (Doc 16 and 17). Accordingly, the O'MARA Defendants response to the Complaint was originally due on Friday, April 17, 2020.

1

1   First, Plaintiff agreed Defendant O'MARA could have up to and including May 18, 2020, to respond to the Plaintiff's Complaint. Second, Plaintiff agreed Defendant O'Mara could have up to and including June 1, 2020, to respond to the Complaint. Third, Plaintiff agreed Defendant O'Mara could have up to and including June 22, 2020, to respond to the Complaint.

The parties have settled this case and the underlying case. The release has been reviewed and approved by all the parties. The parties are gathering signatures. Once the settlement release is fully executed, the parties will file a stipulation to dismiss this action with prejudice and with each party bearing their fees and costs. The parties anticipate receiving all signatures in the next few days and that a stipulation to dismiss will be filed shortly thereafter, but in order to not burden the Court with another request to extend time, hereby request until **Thursday, August 6, 2020**, to file a stipulation to dismiss.

This is the fourth (4th) requested extension.

DATED this 22nd day of June, 2020.                    DATED this 22nd day of June, 2020.

WILSON, ELSER, MOSKOWITZ,                              LEVERTY & ASSOCIATES LAW CHTD.
EDELMAN & DICKER LLP

/S/ *Sheri Thome*                                      /S/ *Patrick Leverty*
Sheri Thome, Esq.                                      Patrick R. Leverty
300 South Fourth Street, 11th Floor                    832 Willow Street
Las Vegas, NV 89101                                    Reno, NV 89502
*Attorneys for Plaintiff Noetic Specialty*             *Attorneys for Defendants O'Mara Law Firm,*
*Insurance Company*                                    *P.C. and David O'Mara*

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 23, 2020

2