**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NOETIC SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>O'MARA LAW FIRM, P.C., a Nevada Professional Corporation; DAVID O'MARA, an individual; EDWARD C. WOOLEY and JUDITH WOOLEY, individually and as trustees of the EDWARD C. WOOLEY and JUDITH WOOLEY INTERVIVOS REVOCABLE TRUST 2000; LARRY J. WILLARD, individually and as trustee of the LARRY JAMES WILLARD TRUST FUND; OVERLAND DEVELOPMENT CORPORATION, a California Corporation,<br><br>Defendants. | CASE NO:   3:20-cv-00110-LRH-EJY<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Per Federal Rule of Civil Procedure 41(a), Plaintiff, Noetic Specialty Insurance Company and Defendants O'Mara Law Firm, P.C., David O'Mara, Edward C. Wooley and Judith Wooley, individually and as trustees of the Edward C. Wooley and Judith Wooley Intervivos Revocable Trust 2000, Larry J. Willard, individually and as trustee of the Larry James Willard Trust Fund, and Overland Development Corporation, by and through their undersigned counsel hereby stipulate and agree that this action be dismissed in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs incurred in this action. This dismissal includes all claims, cross-claims and counterclaims actually asserted or that could have been asserted by the parties hereto.

Dated this 13th day of July, 2020.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*/s/ Sheri M. Thome*
Sheri Thome, Esq.
Nevada Bar No. 08657
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Email: Sheri.Thome@wilsonelser.com
*Attorneys for Plaintiff Noetic Specialty Insurance Company*

Dated this 13th day of July, 2020.

LEVERTY & ASSOCIATES LAW CHTD.

*/s/ Patrick Leverty*
Patrick Leverty, Esq.
Nevada Bar No. 8840
832 Willow St.
Reno, NV 89502
Telephone: (775) 322-6636
Facsimile: (775) 322-3953
Email: pat@levertylaw.com
*Attorneys for Defendants O'Mara Law Firm, P.C. and David O'Mara*

Dated this 13th day of July, 2020.

ROBERTSON, JOHNSON MILLER & WILLIAMSON

*/s/ Richard D. Williamson*
Richard D. Williamson, Esq.,
Nevada Bar No. 9932
Jonathan Joel Tew, Esq.
Nevada Bar No. 11874
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone: (775) 329-5600
Facsimile: (775) 348-8300
Email: Rich@NVLawyers.com
Email: jon@nvlawyers.com
*Attorneys for Larry J. Willard, individually and as Trustee of the Larry James Willard Trust Fund and Overland Development Corporation*

Dated this 13th day of July, 2020.

*/s/ Carl M. Hebert*
Carl M. Hebert, Esq.
Nevada Bar No. 250
202 California Avenue
Reno, NV 89509
Phone: (775) 323-5556
Email: carl@cmhebertlaw.com
*Attorney for Edward C. Wooley and Judith A. Wooley, individually and as Trustees of the Edward C. Wooley and Judith A. Wooley Intervivos Revocable Trust 2000*

## **ORDER**

Upon stipulation of the parties and for good cause shown, the above-captioned action, including all claims, cross-claims and counterclaims actually asserted or that could have been asserted, is dismissed in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED this 15th day of July, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Page 2 of 2